UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **VEORIA NEAL** | : | **DOCKET NO. 1:22-CV-03663** |
| **VERSUS** | : | **JUDGE DEE D. DRELL** |
| **FOREMOST INSURANCE CO. GRAND RAPIDS MICHIGAN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 19], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 19] is **ADOPTED.** Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 16] be **GRANTED,** and that this matter and all of plaintiff's claims against Foremost Insurance Co. Grand Rapids Michigan be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers this 10 day of January 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT